UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-14069-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES GEORGE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Frank J. Lynch, Jr, on March 12, 2012. The Report and Recommendations recommends to this Court, that counsel Robert Stickney, Esquire be paid **$28,051.29** in this case. Accordingly, the Court has considered the Report and Recommendations, and the pertinent parts of the record, counsel's response stating he does not object to the Magistrate Judge's Report and Recommendations on Appropriateness of Counsel's CJA Voucher for Attorney's fees. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of April, 2012.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank J. Lynch, Jr.
Robert W. Stickney, Esq
Lucy Lara, CJA Administrator